CYRIL J. REDMOND et al., as Receivers, Respondents, *v.* JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, et al., Appellants, Impleaded with Others.

(Argued May 28, 1935; decided June 11, 1935.)

*Edward Feldman, Warren C. Fielding, E. Stanley Marks* and *Carl J. Austrian* for appellants.

*Lawrence Berenson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J., and LEHMAN, J.